LAWYERS TITLE AND GUARANTY COMPANY in Rehabilitation, Respondent, v. CLARA A. JOHNSTON and Others, Defendants. PHILIP L. DUNNE, Receiver,

Appellant.— Order as resettled denying motion to modify order extending the receivership affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.